**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:03cr26/RV

EARL V. HUDGINS

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   August 19, 2008

Motion/Pleadings:   Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582 (c)(2) (doc. 107) and  Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(2) (doc. 120)

Filed by   Defendant              on  4/10/2008 and    Doc.#   107 , 120

                                              8/8/2008

RESPONSES:

  United States                       on  8/11/08 & 4/16/08   Doc.#    121, 110

                                               on                   Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         s/Jerry Marbut
LC (1 OR 2)                             Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  19th     day of    June              , 2009, that:*

*(a) The relief requested is DENIED.*
*(b) See separate order (AO 247).*

                                           /s/ *Roger Vinson*
                                               *ROGER VINSON*
                                  *Senior United States District Judge*